IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD A. BRYANT, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv002039 SWW |
| | * | |
| | * | |
| TEXAS LOTTERY COMMISSION, | * | |
| INTERNAL REVENUE SERVICE, and | * | |
| DEPARTMENT OF TREASURY, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this action be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 12th day of January 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE