IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD A. BRYANT, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv002039 SWW |
| | * | |
| | * | |
| TEXAS LOTTERY COMMISSION, | * | |
| INTERNAL REVENUE SERVICE, and | * | |
| DEPARTMENT OF TREASURY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Pro se plaintiff Donald A. Bryant brings this action against defendants Texas Lottery Commission, Internal Revenue Service (IRS), and the Department of treasury. By Order and separate Judgment entered January 12, 2011 [doc.#'s 11, 12], the Court *sua sponte* dismissed this action as seeking the same relief sought in previous resolved cases brought by plaintiff against the IRS and the Department of Treasury.

Now before the Court is plaintiff's "Motion to Reopen Civil Lawsuit"; "Motion for Appearance;" "Motion for Readact [sic]"; and "Motion for Civil Lawsuit, With Attachments" [doc.#17]. The Court has considered the matter and hereby denies plaintiff's motion(s) to reopen, for appearance, to "Readact," and for civil lawsuit.

IT IS SO ORDERED this 15th day of February 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE