IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD A. BRYANT, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv002039 SWW |
| | * | |
| | * | |
| TEXAS LOTTERY COMMISSION, | * | |
| INTERNAL REVENUE SERVICE, and | * | |
| DEPARTMENT OF TREASURY, | * | |
| | * | |
| Defendants. | * | |

ORDER

The motion of pro se plaintiff Donald A. Bryant to seal case [doc.#20] is denied, this case having previously been dismissed as seeking the same relief sought in previous resolved cases brought by plaintiff against the IRS and the Department of Treasury.[1]

IT IS SO ORDERED this 23rd day of February 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Court has also previously denied plaintiff's "Motion to Reopen Civil Lawsuit"; "Motion for Appearance;" "Motion for Readact [sic]"; and "Motion for Civil Lawsuit, With Attachments" [doc.#17].